United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17987-ref
Phillip C. Leis                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 2              Date Rcvd: Mar 29, 2018
                             Form ID: 210U             Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2018.
db          +Phillip C. Leis,    229 Spruce Street,    Denver, PA 17517-9716
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14019769     CAPITAL ONE / CABELAS,    4800 NW 1ST ST STE 300,    LINCOLN, NE 68521-4463
14019765     CSC Credit Services,    Box 740040,    Atlanta, GA 30374-0040
14021774    +Cavalry SPV I LLC,    c/o Altran Financial, LP,    POB 610,    Sauk Rapids, MN 56379-0610
14019772    +DISCOVER PERSONAL LOANS,    PO BOX 15316,    WILMINGTON, DE 19850-5316
14021776    +Dish Network,    c/o Diversified Consultants, Inc.,    POB 1391,    Southgate, MI 48195-0391
14041260    +Ephrata National Bank,    31 E. Main Street,    P.O. Box 457,    Ephrata, PA 17522-0457
14019766    +Equifax Information Services LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
14019763    +Experian,    Business Information Services,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
14021778    +Good's Disposal Service, Inc.,    4361 Oregon Pike,    Ephrata, PA 17522-9514
14019775    +KML Law Group, P.C.,    701 Market St., Ste. 5000,    BNY Independence Ctr.,
              Philadelphia, PA 19106-1541
14021779    +Northern Lancaster County Authority,    Anthony P; Schimaneck, Esq.,    P.O. Box 4686,
              Lancaster, PA 17604-4686
14019778    +PP&L,    2 North Ninth Street,    Allentown, PA 18101-1179
14074344    +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
14019768    +Pacific Union Financial LLC,    8900 Freeport Pkwy. Suite 150,    Irving, TX 75063-2415
14040803    +Pacific Union Financial, LLC,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
              Philadelphia, PA 19106-1541
14060636    +Pacific Union Financial, LLC,    7880 Bent Branch Drive #100,    Irving, Texas 75063-6046
14019764     Trans Union,    P.O. Box 1000,    Chester, PA 19022
14019780    #+VERIZON WIRELESS,    PO BOX 26055,    MINNEAPOLIS, MN 55426-0055


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2018 04:10:11
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 30 2018 04:10:36     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14041259    +E-mail/Text: g17768@att.com Mar 30 2018 04:09:56     AT&T,    c/o Bankruptcy Department,
              4331 Communications Drive,    Floor 4W,    Dallas, TX 75211-1300
14019770     E-mail/Text: csd1clientservices@cboflanc.com Mar 30 2018 04:10:57
              CREDIT BUREAU OF LANCASTER COUNTY, INC,    218 W ORANGE ST,    LANCASTER, PA 17603-3746
14040777    +E-mail/Text: bankruptcy@cavps.com Mar 30 2018 04:10:34     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14019767    +Fax: 602-659-2196 Mar 30 2018 06:22:36     Chex Systems Inc.,    ATTN: Customer Relations,
              7805 Hudson Rd,    Suite 100,    Woodbury, MN 55125-1703
14019771     E-mail/Text: mrdiscen@discover.com Mar 30 2018 04:09:56     DISCOVER FINCL SVC LLC,
              PO BOX 15316,    WILMINGTON, DE 19850-5316
14019773    +E-mail/Text: bankruptcynotices@dcicollect.com Mar 30 2018 04:10:58     DIVERSIFIED CONSULTNTS,
              P O BOX 551268,    JACKSONVILLE, FL 32255-1268
14029871     E-mail/Text: mrdiscen@discover.com Mar 30 2018 04:09:56     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14031546    +E-mail/Text: dplbk@discover.com Mar 30 2018 04:10:36     Discover Personal Loans,
              PO Box 30954,    Salt Lake City, UT 84130-0954
14021775     E-mail/Text: Bankruptcy.Consumer@dish.com Mar 30 2018 04:10:27     Dish Network,    Dept 94063,
              Palatine, IL 60055-0063
14021777    +E-mail/Text: bankruptcynotification@ftr.com Mar 30 2018 04:11:04     Frontier Communcations,
              POB 740407,    Cincinnati, OH 45274-0407
14019774    +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Mar 30 2018 04:11:07
              JH PORTFOLIO DEBT EQUITI,    5757 PHANTOM DRIVESUITE 225,    HAZELWOOD, MO 63042-2429
14019776    +E-mail/Text: bankruptcy@loanpacific.com Mar 30 2018 04:11:04     PACIFIC UNION FINANCIAL,
              1603 LBJ FREEWAYSUITE 600,    FARMERS BRANCH, TX 75234-6071
14019777     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2018 04:14:41
              PORTFOLIO RECOVERY,    120 CORPORATE BLVD,    NORFOLK, VA 23502
14039075     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2018 04:14:42
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14019779    +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2018 04:15:15     SYNCB/LOWES,    PO BOX 965005,
              ORLANDO, FL 32896-5005
14020051    +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2018 04:15:15     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14019780    +E-mail/PDF: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 30 2018 04:53:08
              VERIZON WIRELESS,    PO BOX 26055,    MINNEAPOLIS, MN 55426-0055
14019780    +E-mail/PDF: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 30 2018 04:53:08
              VERIZON WIRELESS,    PO BOX 26055,    MINNEAPOLIS, MN 55426-0055
14069489    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2018 04:22:46     Verizon,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 21

```
District/off: 0313-4        User: Keith           Page 2 of 2            Date Rcvd: Mar 29, 2018
                           Form ID: 210U          Total Noticed: 43


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2018 at the address(es) listed below:
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
            FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
             ecf_frpa@trustee13.com
            GEORGE M. LUTZ    on behalf of Debtor Phillip C. Leis glutz@hvmllaw.com,
             amerkey@hvmllaw.com;r49419@notify.bestcase.com
            KEVIN G. MCDONALD    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 5
```

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Phillip C. Leis                                                Case No: 17–17987–ref

      Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

For The Court

Dated: 3/29/18

Timothy B. McGrath
Clerk of Court