United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                             Case No. 17-17987-ref
Phillip C. Leis                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1            Date Rcvd: May 04, 2018
                             Form ID: pdf900          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db            +Phillip C. Leis,   728 Hollow Road,   Waterfall, PA 16689-7107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 05 2018 02:03:59     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
        CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        GEORGE M. LUTZ    on behalf of Debtor Phillip C. Leis glutz@hvmllaw.com,
         amerkey@hvmllaw.com;r49419@notify.bestcase.com
        KEVIN G. MCDONALD    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Phillip C. Leis<br><br>                              Debtor | CHAPTER 7 |
| PACIFIC UNION FINANCIAL, LLC<br>                              Movant<br>             vs. | NO. 17-17987 REF |
| Phillip C. Leis<br><br>                              Debtor | |
| | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq.<br><br>                              Trustee | |

## ORDER

AND NOW, at Reading, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PACIFIC UNION FINANCIAL, LLC to exercise its rights pursuant to the loan documents regarding the premises 229 Spruce Street Denver, PA 17517 .  It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

**Date: May 4, 2018**

_____
United States Bankruptcy Judge.

cc: See attached service list