United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-17987-ref
Phillip C. Leis                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 2          Date Rcvd: Jul 12, 2018
                             Form ID: 318              Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2018.
```
db         +Phillip C. Leis,    728 Hollow Road,   Waterfall, PA 16689-7107
smg        +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
            Allentown, PA 18101-1603
            City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg        +Dun & Bradstreet, INC.,   3501 Corporate Pkwy.,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg        +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14019769    CAPITAL ONE / CABELAS,   4800 NW 1ST ST STE 300,   LINCOLN, NE 68521-4463
14099507    CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
14019765    CSC Credit Services,   Box 740040,   Atlanta, GA 30374-0040
14021774   +Cavalry SPV I LLC,   c/o Altran Financial, LP,   POB 610,   Sauk Rapids, MN 56379-0610
14019772   +DISCOVER PERSONAL LOANS,   PO BOX 15316,   WILMINGTON, DE 19850-5316
14021776   +Dish Network,   c/o Diversified Consultants, Inc.,   POB 1391,   Southgate, MI 48195-0391
14041260   +Ephrata National Bank,   31 E. Main Street,   P.O. Box 457,   Ephrata, PA 17522-0457
14019766   +Equifax Information Services LLC,   P.O. Box 740256,   Atlanta, GA 30374-0256
14019763   +Experian,   Business Information Services,   475 Anton Blvd.,   Costa Mesa, CA 92626-7037
14021777   +Frontier Communciations,   POB 740407,   Cincinnati, OH 45274-0407
14021778   +Good's Disposal Service, Inc.,   4361 Oregon Pike,   Ephrata, PA 17522-9514
14019775   +KML Law Group, P.C.,   701 Market St., Ste. 5000,   BNY Independence Ctr.,
            Philadelphia, PA 19106-1541
14021779   +Northern Lancaster County Authority,   Anthony P; Schimaneck, Esq.,   P.O. Box 4686,
            Lancaster, PA 17604-4686
14019778   +PP&L,   2 North Ninth Street,   Allentown, PA 18101-1179
14074344   +PPL Electric Utilities,   827 Hausman Road,   Allentown, PA 18104-9392
14019768   #+Pacific Union Financial LLC,   8900 Freeport Pkwy. Suite 150,   Irving, TX 75063-2415
14060636   +Pacific Union Financial, LLC,   7880 Bent Branch Drive #100,   Irving, Texas 75063-6046
14040803   +Pacific Union Financial, LLC,   KML LAW GROUP, P.C.,   701 Market St. Suite 5000,
            Philadelphia, PA 19106-1541
14019764    Trans Union,   P.O. Box 1000,   Chester, PA 19022
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2018 01:52:51
            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
            Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 13 2018 01:53:04    U.S. Attorney Office,
            c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14041259   +EDI: ATTWIREBK.COM Jul 13 2018 05:48:00    AT&T,   c/o Bankruptcy Department,
            4331 Communications Drive,   Floor 4W,   Dallas, TX 75211-1300
14019770    E-mail/Text: csd1clientservices@cboflanc.com Jul 13 2018 01:53:18
            CREDIT BUREAU OF LANCASTER COUNTY, INC.,   218 W ORANGE ST,   LANCASTER, PA 17603-3746
14040777   +E-mail/Text: bankruptcy@cavps.com Jul 13 2018 01:53:03    Cavalry SPV I, LLC,
            500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14019767   +Fax: 602-659-2196 Jul 13 2018 02:42:01    Chex Systems Inc.,   ATTN: Customer Relations,
            7805 Hudson Rd,   Suite 100,   Woodbury, MN 55125-1703
14019771    EDI: DISCOVER.COM Jul 13 2018 05:48:00    DISCOVER FINCL SVC LLC,   PO BOX 15316,
            WILMINGTON, DE 19850-5316
14019773   +EDI: DCI.COM Jul 13 2018 05:48:00    DIVERSIFIED CONSULTNTS,   P O BOX 551268,
            JACKSONVILLE, FL 32255-1268
14029871    EDI: DISCOVER.COM Jul 13 2018 05:48:00    Discover Bank,   Discover Products Inc,
            PO Box 3025,   New Albany, OH  43054-3025
14031546   +EDI: DISCOVERPL Jul 13 2018 05:48:00    Discover Personal Loans,   PO Box 30954,
            Salt Lake City, UT 84130-0954
14021775    EDI: ESSL.COM Jul 13 2018 05:48:00    Dish Network,   Dept 94063,   Palatine, IL 60055-0063
14019774   +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Jul 13 2018 01:53:27
            JH PORTFOLIO DEBT EQUITI,   5757 PHANTOM DRIVESUITE 225,   HAZELWOOD, MO 63042-2429
14019776   +E-mail/Text: bankruptcy@loanpacific.com Jul 13 2018 01:53:24    PACIFIC UNION FINANCIAL,
            1603 LBJ FREEWAYSUITE 600,   FARMERS BRANCH, TX 75234-6071
14019777    EDI: PRA.COM Jul 13 2018 05:48:00    PORTFOLIO RECOVERY,   120 CORPORATE BLVD,
            NORFOLK, VA 23502
14039075    EDI: PRA.COM Jul 13 2018 05:48:00    Portfolio Recovery Associates, LLC,   POB 41067,
            Norfolk VA 23541
14019779   +EDI: RMSC.COM Jul 13 2018 05:48:00    SYNCB/LOWES,   PO BOX 965005,   ORLANDO, FL 32896-5005
14020051   +EDI: RMSC.COM Jul 13 2018 05:48:00    Synchrony Bank,   c/o PRA Receivables Management, LLC,
            PO Box 41021,   Norfolk, VA 23541-1021
14019780   +EDI: VERIZONCOMB.COM Jul 13 2018 05:48:00    VERIZON WIRELESS,   PO BOX 26055,
            MINNEAPOLIS, MN 55426-0055
14069489   +EDI: AIS.COM Jul 13 2018 05:48:00    Verizon,   by American InfoSource LP as agent,
            4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                              TOTAL: 19
```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                 TOTAL: 0

```
District/off: 0313-4          User: Keith              Page 2 of 2              Date Rcvd: Jul 12, 2018
                             Form ID: 318              Total Noticed: 44
```

```
                  ***** BYPASSED RECIPIENTS (continued) *****
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                              Signature:  _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2018 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
              ecf_frpa@trustee13.com
              GEORGE M. LUTZ   on behalf of Debtor Phillip C. Leis glutz@hvmllaw.com,
              amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KEVIN G. MCDONALD   on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                      TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Phillip C. Leis** | Social Security number or ITIN   **xxx–xx–8570** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **17–17987–ref**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Phillip C. Leis

7/12/18

**By the court:**   Richard E. Fehling
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                                **Order of Discharge**                                page 2